## Stuart Daniel JUAREZ, Appellant,

v.

## LITOW LAW OFFICE, P.C., Appellee.

### No. 09–1019.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 1, 2009.

Filed: Dec. 9, 2009.

---

Stuart Daniel Juarez, Des Moines, IA, pro se.

Charles L. Litow, Litow Law Office, P.C., Cedar Rapids, IA, for Appellee.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

---

## PER CURIAM.

In this civil suit alleging unfair debt collection practices, Stuart Juarez appeals from the district court's [1] order (1) denying him permission to file a second amended complaint, and (2) granting summary judgment in favor of Litow Law Office, P.C. After careful review, we affirm. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir.2008) (concluding the district court did not abuse its discretion in denying a late-filed motion to amend where the proposed amended complaint contained new theories of recovery); *Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006) (reviewing a grant of summary judgment de novo). *See* 8th Cir. R. 47B.